**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 31, 2012

Lyle W. Cayce
Clerk

No. 12-20415
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SAMEH KALID DANHACH,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Texas
No. 4:12-CR-161-1

Before SMITH, STEWART, and PRADO, Circuit Judges.

PER CURIAM:*

Sameh Danhach is charged with conspiracy to transport stolen merchandise in interstate/international commerce, interstate transportation of stolen goods, and international transportation of stolen goods, in violation of 18 U.S.C.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-20415

§§ 2, 371, 2314.  He appeals an order of detention.

The evidence as a whole supports the district court's conclusion that there is a serious risk that Danhach will flee and that there are no conditions of release that would reasonably assure his appearance at trial were he to be released pending trial.  *See* 18 U.S.C. § 3142; *United States v. Rueben*, 974 F.2d 580, 586 (5th Cir. 1992).

AFFIRMED.